FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2020 MAR 13 AM 11: 58

[signature]
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JESUS BURUCA MARTINEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-118 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 8. Petitioner Jesus Martinez ("Martinez") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Martinez's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DENIES as moot** Respondent's Motion to Dismiss, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court

**DENIES** Martinez *in forma pauperis* status on appeal.

**SO ORDERED**, this 13 day of March, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)